# United States Court of Appeals
## For the First Circuit

No. 16-1175

UNITED STATES

Appellee

v.

YONGDA HUANG HARRIS

Defendant - Appellant

**MANDATE**

Entered: October 12, 2016

In accordance with the judgment of September 20, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Dina Michael Chaitowitz
Yongda Huang Harris
David Gerard Tobin